
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA** </br></br> Plaintiff, </br></br> vs. </br></br> **TANYA DAWN GOOLSBY** </br></br> Defendant. | CRIMINAL CASE NO.: 00-00053-001 </br></br> **REQUEST TO TRAVEL** |

On February 7, 2002, Ms. Tanya Dawn Goolsby was sentenced by the Honorable John S. Unpingco for Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§952 and 960 and 18 U.S.C. §2. She was ordered to serve forty-eight months imprisonment with five years supervised release to follow. Ms. Goolsby's term of supervised release commenced on April 27, 2004.

Ms. Goolsby is requesting the Court's permission to travel to the Republic of the Philippines for a laser vision correction procedure, more commonly known as lasik surgery. She has scheduled an initial lasik screening examination on November 17, 2005, and surgery is scheduled for November 18, 2005. This information was confirmed by a facsimile sent to the Probation Office from the American Eye Center in Mandaluyang City, Philippines.

Ms. Goolsby related that she has always wanted lasik surgery and feels she will save money in the future as she now spends $500 annually on disposable contact lenses and $75 on a yearly eye examination. She has made tentative reservations to depart Guam on November 16, 2005, and return on November 20, 2005.

Ms. Goolsby has been compliant with all of her conditions of supervised release. This Officer supports her travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U. S. Probation Officer Specialist

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation officer

**ORIGINAL**

cc: File