| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor U.S. Courthouse 520 West Soledad Ave. Hagatna, Guam 96910 (671) 473-9201 |
|---|---|---|

Tanya Dawn Goolsby
USDC Cr. Cs. No. 00-00053-001
SSN: XXX-XX-4590
DOB: XX-XX-1969
HT: 5'6"  WT: 140 lbs.



DATE  **November 4, 2005**

YOU ARE AUTHORIZED TO TRAVEL TO  **Republic of the Philippines**

LEAVING  **November 16, 2005**  AND RETURNING  **November 20, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Lasik surgery**

Accommodations:  **Shangrilla Hotel**
**Ayala Avenue, Corner of Makati Avenue**
**Manila, Republic of the Philippines**
**(632) 813-8888**
**Tel: (63) 9182027588**

**FILED**
DISTRICT COURT OF GUAM

NOV - 9 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by the conditions of supervised release while on travel status.

2. You shall report to the U.S. Probation Office in person within 24 hours upon return to Guam.

3. You shall immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

CARMEN D. O'MALLAN
UNITED STATES PROBATION OFFICER

NAME  N/A
ADDRESS

**RECEIVED**
NOV - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

☒ APPROVED  ☐ DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Case 1:00-cr-00053  Document 41  Filed 11/09/2005  Page 1 of 1