PROB 35
(3/07)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

    v.        CRIMINAL CASE NO.    00-00053-001

TANYA DAWN GOOLSBY

    On April 27, 2004, the above named was placed on supervised release of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that supervised releasee be discharged from supervision.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer


/s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:


/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      USPO Esther M. Davis, Northern District of California
      File

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TANYA DAWN GOOLSBY, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 00-00053-001 <br><br> **SPECIAL REPORT** |

Re:   Request for Early Termination from Supervised Release

On February 7, 2002, Ms. Tanya Dawn Goolsby was sentenced by the Honorable John S. Unpingco for Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§952 and 960 and 18 U.S.C. §2.  She was ordered to serve 48 months imprisonment with five years supervised release to follow.  During her term of supervised release she was ordered to abide by the following special conditions: be assessed for substance abuse or alcohol treatment, and if determined to be in need of treatment she shall participate in a substance abuse program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and to make co-payments at a rate to be determined by the U.S. Probation Office; be assessed for mental health treatment, and if determined to be in need of treatment, she shall participate in a mental health program approved by the U.S. Probation Office and to make co-payments at a rate to be determined by the U.S. Probation Office; refrain from the use of any and all alcoholic beverages; obtain and maintain gainful employment; and perform 300 hours of community service.

On April 27, 2004, Ms. Goolsby commenced her term of supervised release. During her supervision orientation, Ms. Goolsby identified a long-term goal as being able to return to San Francisco, California, to live.   She was informed that if she completed the special conditions of her term of supervised release and remained in compliance with all of the standard conditions of release, her request to transfer to the Northern District of California would be supported.

Ms. Goolsby obtained gainful employment within a month of commencement of her term of supervised release. On May 14, 2004, she was placed in a mental health treatment program and a stringent one-year substance abuse testing and treatment program.  Ms. Goolsby had consistent negative drug tests and completed both programs successfully on May 14, 2005. Prognosis for a full and complete recovery was determined by the treatment provider as being good.  Ms. Goolsby completed her court-ordered community service on

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re: GOOLSBY, Tanya Dawn
Criminal Case No. 00-00053-001
July 13, 2007
Page 2

February 9, 2005. Her timely completion of the program was impressive considering that she was also balancing two jobs at the same time. She maintained compliance with all of the conditions of her supervised release and appeared to have made sound decisions in her personal life.

On March 13, 2006, Ms. Goolsby's supervision was transferred to the Northern District of California. According to U.S. Probation Officer Esther M. Davis, she has been in compliance with her conditions of supervision since her arrival. On May 16, 2007, Ms. Goolsby became employed with Alcatraz Cruises as a First Officer in their Marine Operations Department and earns $24 an hour. She maintains a stable residence with her fiancé, Ramon Gonzalez in San Bruno, California. A review of her criminal record revealed no new arrests or convictions during the term of supervision.

The Northern District of California has requested that Ms. Goolsby be considered for early termination due to her compliant behavior, positive attitude, and positive adjustment. Her term of supervised release will expire on April 26, 2009.

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Ms. Goolsby's full compliance with her conditions of supervised release, and is in the interest of justice.

RESPECTFULLY submitted this 13th day of July 2007.

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: AUSA
Defense Counsel
USPO Esther M. Davis, Northern District of California
File