| PROB 35 (3/07) | **Report and Order Terminating Supervised Release Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

      v.                  CRIMINAL CASE NO.    00-00053-001

TANYA DAWN GOOLSBY

On April 27, 2004, the above named was placed on supervised release of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that supervised releasee be discharged from supervision.

                        Respectfully submitted,

                        ROSSANNA VILLAGOMEZ-AGUON
                        Acting Chief U.S. Probation Officer



                        /s/ JUDY ANNE L. OCAMPO
                        U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      USPO Esther M. Davis, Northern District of California
      File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

                        /s/ Frances M. Tydingco-Gatewood
                        Chief Judge
                        Dated: Jul 13, 2007